IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IMELDA DEASON | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:22-cv-00012-XR |
| | § | |
| NATIONWIDE INSURANCE COMPANY | § | |
| OF AMERICA | § | |
| *Defendant.* | § | |

## **<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

Defendant Nationwide Insurance Company of America hereby provides notice that the

following attorney is appearing in this matter:

> Daniel J. Corley
> Texas Bar No. 24121223
> dcorley@smsm.com
> Segal McCambridge Singer & Mahoney
> 100 Congress Avenue, Suite 800
> Austin, Texas 78701
> (512) 476-7834
> (512) 476-7832 – Facsimile

Mr. Corley hereby appears and desires to be noticed on all filings via CM/ECF.  Attorney

Patrick M. Kemp, who has previously appeared for Defendant in this matter, will continue in the

case as lead counsel.

*(Signatures on following page.)*

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Daniel J. Corley
Texas Bar No. 24121223
dcorley@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT**
**NATIONWIDE INSURANCE COMPANY OF**
**AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served electronically via CM/ECF on this the 11th day of March, 2022:

Clare P. Rodgers
Pace Rodgers Law
310 W. Sunset, Ste 203
San Antonio, Texas 78209
crodgers@pacerodgerslaw.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp

2